### PORTER *v.* PORTER.

BELL, J. The evidence showing without dispute that the defendant was financially unable to pay the sum awarded as alimony and attorney's fees, it was error to adjudge that he was in contempt of court because of his failure to pay the same. *Pinckard* v. *Pinckard*, 23 *Ga.* 286; *Davis* v. *Davis*, 138 *Ga.* 8 (74 S. E. 830); *Potter* v. *Potter*, 145 *Ga.* 60 (88 S. E. 546); *Lightfoot* v. *Lightfoot*, 149 *Ga.* 213 (99 S. E. 611).

*Judgment reversed. All the Justices concur.*

No. 9880. MAY 17, 1934.

*Harris & McMaster,* for plaintiff in error.
*E. W. Jordan,* and *W. M. Goodwin,* contra.